# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5428
_____

RODRIGO LARRAIN,

   Appellant,

v.

CITY OF PEMBROKE PINES and
GALLAGHER BASSETT-MIRAMAR,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Iliana Forte, Judge.

Date of Accident: August 30, 2001.

July 25, 2018

PER CURIAM.

   AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Gregory G. Coican of Massey, Coican & King, PLLC, Fort Lauderdale, for Appellees.